

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**January 5, 2021 09:21**

By: MATT RAMBO 0079092

Confirmation Nbr. 2148578

ANTHONY BERRY, ET AL

vs.

LOWES HOME CENTERS, LLC, ET AL

CV 21 942548

**Judge:** NANCY MARGARET RUSSO

Pages Filed:  11



EXHIBIT
A

**IN THE COURT OF COMMON  PLEAS**
**CUYAHOGA COUNTY, OHIO**

| | | |
|---|---|---|
| ANTHONY AND BARBARA BERRY<br>1001 Selwyn Road<br>Cleveland Heights, Ohio 44112 | ) <br> ) <br> ) <br> ) | CASE NO. |
| Plaintiff, | ) <br> ) <br> ) | JUDGE |
| v. | ) <br> ) | **COMPLAINT** |
| LOWE'S HOME CENTERS, LLC<br>1000 Lowe's Boulevard<br>Mooresville, North Carolina 28117 | ) <br> ) <br> ) <br> ) | **(WITH JURY DEMAND ENDORSED**<br>**HEREON)** |
| Also Serve Statutory Agent:<br>Corporation Service Company<br>50 West Broad Street, Suite 1330<br>Columbus, Ohio 43215 | ) <br> ) <br> ) <br> ) <br> ) | |
| and | ) <br> ) | |
| SERVICE EXPERTS HEATING AND AIR<br>CONDITIONING LLC<br>2140 Lake Park Boulevard<br>Richardson, Texas 75080 | ) <br> ) <br> ) <br> ) <br> ) | |
| Also Serve:<br>Service Experts Heating & Air Conditioning<br>25975 Emery Road, Suite E<br>Warrensville, Heights, Ohio 44128 | ) <br> ) <br> ) <br> ) | |

1.      Plaintiffs Anthony and Barbara Berry ("Plaintiffs") bring this action for

violations of Ohio's Home Solicitation Sales Act (the "HSSA") and Consumer Sales Practices

Act ("CSPA") against Service Experts Heating & Air Conditioning LLC ("Service Experts")

and Lowe's Home Centers, LLC ("Lowe's") and for fraud in the inducement against Service

Experts arising out of an alleged ten-year lease agreement for a home furnace (the

"Agreement").

## PARTIES, JURISDICTION AND VENUE

2.      Plaintiffs Anthony and Barbara Berry are married individuals in their seventies residing at 1001 Selwyn Road, Cleveland Heights, Ohio in Cuyahoga County.

3.      Lowe's Home Centers, LLC is a foreign corporation headquartered in Mooresville, North Carolina that operates home improvement retail stores around the country, including in Cuyahoga County, Ohio.

4.      Service Experts Heating & Air Conditioning LLC is a foreign corporation headquartered in Richardson, Texas that operates HVAC installation and repair shops around the country, including in Cuyahoga County, Ohio.

5.      Jurisdiction and venue are proper in this court because Plaintiffs reside in Cuyahoga County, Ohio and both Lowe's and Service Experts conducted the activity that gives rise to Plaintiffs' claims for relief in Cuyahoga County, Ohio.

## STATEMENT OF FACTS

6.      In late December 2019, Plaintiffs began to have issues with the furnace in their home at 1001 Selwyn Road, Cleveland Heights, Ohio.

7.      On or about December 28, 2019, Plaintiffs visited the Lowe's Home Improvement store located at 24500 Miles Road, Bedford Heights, Ohio to inquire about repair services for their furnace.  Plaintiffs had prior dealings with the service department at this particular Lowe's store.  Plaintiffs and the employees of the Lowe's arranged for a technician to report to Plaintiff's home to inspect their furnace and advise them as to needed repairs.  Plaintiffs were not advised as to who would be visiting their home.

8.      On January 3, 2020, an employee from Service Experts reported to Plaintiffs'

home and inspected the furnace.  The Service Experts employee informed Plaintiffs that they

needed a new blower motor for their furnace and that to repair and install the new motor

would cost approximately $900.

9.      Plaintiff Anthony Berry responded to the Service Experts employee that he

"might as well buy a new one" if the repair was going to be that expensive.  The employee

informed Plaintiffs that Service Experts would be happy to sell them a new furnace and

presented them with three different models to review: "low, medium, and high" priced

options.

10.     After reviewing their options, Plaintiffs decided to purchase the "medium"

priced Lennox model SL280UH090V36B furnace.  The Service Experts employee then

retired to his Service Experts vehicle to prepare the purchase contract and arrange for

installation of the furnace.  Plaintiffs were ultimately presented with an Agreement wherein

the purchase price of the furnace they chose was listed as $6,784.  Plaintiffs thought this price

was high but were in a difficult position and needed a furnace, so they agreed to the

installation.  A copy of the Agreement is attached hereto as Exhibit A.

11.     Service Experts completely the installation of the furnace on January 6, 2020.

See Certificate of Installation attached hereto as Exhibit B.

12.     After approximately forty-five (45) days, Plaintiffs had not received a bill or

invoice for the furnace.  Plaintiff Anthony Berry again visited the Miles Road Lowe's store to

inquire about paying for the furnace.  A Lowe's employee said that it would take a little

longer to arrive.

13.     When a bill did arrive from Service Experts, Plaintiffs noticed that it was for only $110.50 and were confused as to why the amount was so low.  They had expected to be billed for the entire price of the furnace.  Upon closer review of the Agreement, Plaintiffs discovered that they had not actually purchased the furnace but had instead been tricked into leasing the furnace for ten years at $110.50 per month.  The total price Plaintiffs would pay for the furnace was $13,260.

14.     Plaintiffs were shocked and outraged.  The lease option, what Service Experts describes as the "Advantage Program," was never explained to Plaintiffs.  Plaintiffs expressly wanted to purchase the furnace, not lease, and would not have agreed to such a ridiculous and costly arrangement.

**CLAIM ONE**
**Violations of the Ohio Home Solicitation Sales Act and Ohio Consumer Sales Practices Act by Service Experts**

15.     Plaintiff restates and reasserts all of the allegations contained in Paragraphs 1-14 above as if fully rewritten herein.

16.     Plaintiffs are "buyers" as defined by R.C. 1345.21(D).

17.     Service Experts is a "seller" as defined by R.C. 1345.21(C).

18.     Pursuant to R.C. 1345.21(B) "sale" includes a lease for the purposes of R.C. 1345.21 – 1345.28.  The transaction that resulted in Plaintiffs signing an Agreement pertaining the furnace is a "home solicitation sale" as defined by R.C. 1345.21(A).

19.     Pursuant to R.C. 1345.23(B)(1) the Agreement presented to Plaintiffs by Service Experts is required to contain the following statement, in bold-face type and in immediate proximity to Plaintiffs' signature: "You, the buyer, may cancel this transaction at

any time prior to midnight of the third business day after the dates of this transaction, see the attached notice of cancellation for an explanation of this right."

20.     The Agreement presented to Plaintiffs, as shown in <u>Exhibit A</u> does not contain the statement required by R.C. 1345.23(B)(1).

21.     Pursuant to R.C. 1345.21(B)(2) a form captioned "notice of cancellation" is required to be "attached to the contract signed by the buyer and be easily detachable" and contain information and statements regarding cancellation of the contract.

22.     The Agreement presented to Plaintiffs did not contain a "notice of cancellation" as required by R.C. 1345.21(B)(2).

23.     Pursuant to R.C. 1345.21(D)(1), no seller shall "fail to inform each buyer orally, at the time of signing the contract for the goods or service, of the buyer's right to cancel."

24.     Service Experts failed to inform Plaintiffs orally of their right to cancel.

25.     Pursuant to R.C. 1345.28 "failure to comply with sections 1345.21 to 1345.27 of the Revised Code constitutes a deceptive act or practice in connection with a consumer transaction in violation of section 1345.02 of the Revised Code."

26.     Service Experts has failed to comply with R.C. 1345.21(B)(1) and (B)(2).

27     Service Experts failure to comply with R.C. 1345(B)(1) and (B)(2) constitutes a deceptive act or practice pursuant to R.C. 1345.02.

28.     Pursuant to R.C. 1345.03, Service Experts' failure to comply with R.C. 1345(B)(1) and (B)(2) constitute an unconscionable act.

29.    Pursuant to R.C. 1345.09, Plaintiffs are entitled to rescind the Agreement, economic damages and noneconomic damages, and an award of reasonable attorney's fees against Service Experts.

## CLAIM TWO
### Fraud in the Inducement by Service Experts

30.    Plaintiff restates and reasserts all of the allegations contained in Paragraphs 1-29 above as if fully rewritten herein.

31.    Plaintiffs were induced by Service Experts to enter into the Agreement regarding the furnace through fraud and/or misrepresentation.

32.    Service Experts misrepresented the terms and context of the Agreement.

33.    Service Experts misrepresentations regarding the Agreement were material, specifically that Plaintiffs were entering into a contract to purchase a furnace, when in fact it is a contract to lease a furnace.

34.    Plaintiffs relied upon the material misrepresentations made by Service Experts to their detriment.  Specifically, the Plaintiffs were induced to enter into a contract wherein they would ultimately pay nearly double the original price for an already overpriced furnace that they would not even own at the end of the term of the lease.

35.    Plaintiffs are entitled to damages, including punitive damages and attorney's fees as a result of Service Experts' fraudulent inducement to enter into the Agreement.

## CLAIM THREE
### Violations of the Ohio Home Solicitation Sales Act and Ohio Consumer Sales Practices Act by Lowe's

36.    Plaintiffs restate and reassert all the allegations contained in Paragraphs 1-35 above as if fully rewritten herein.

37.    Plaintiffs are "consumers" as defined by R.C. 1345.01.

38.     Lowe's is a "supplier" as defined by R.C. 1345.01.

39.     Plaintiffs entered into the Agreement with Service Experts as a result of Lowe's referring Plaintiffs' business to Service Experts.  For all intents and purposes, Plaintiffs were dealing with both Lowe's and Service Experts.

40.     Service Experts committed violations of the Ohio Home Solicitation Sales Act and the Ohio Consumer Sales Practices Act as set forth above.

41.     Lowe's is liable for violations of the Ohio Consumer Sales Practices Act due to its relationship with Service Experts and Service Experts actions in relation to Plaintiffs.

42.     Pursuant to R.C. 1345.09, Plaintiffs are entitled to economic damages and noneconomic damages and an award of reasonable attorney's fees against Lowe's.

### CLAIM FOUR
### Negligence by Lowe's

43.     Plaintiffs restate and reassert all the allegation in Paragraphs 1-42 above as fully rewritten herein.

44.     Lowe's owed a duty to Plaintiffs to ensure that the contractors it sent to their home had skill and knowledge to properly service their furnace and not violate Ohio's Home Solicitation Sales Act and Consumer Sales Practices Act.

45.     Lowe's breached the duty owed to Plaintiffs by negligently providing a contractor it knew or should have know employed practices that violated Ohio's Home Solicitation Sales Act and Consumer Sales Practices Act.

46.     As a result of Lowe's breach of the duty owed to Plaintiffs, Plaintiffs were damaged.

WHEREFORE, Plaintiff prays for relief as follows:

A.  With respect to Claim One, rescission of the Agreement and a judgment against Service Experts in excess of $25,000, plus reasonable attorney's fees.

B.  With respect to Claim Two, a judgment against Service Experts in excess of $25,000, plus reasonable attorney's fees.

C.  With respect to Claim Three, a judgment against Lowe's in excess of $25,000 plus reasonable attorney's fees.

D.  With respect to Claim Four, a judgment against Lowes's in excess of $25,000.

E.  Any such other relief that the Court deems just and proper, including the costs of this action.

Respectfully submitted,

*/s/ Matthew C. Rambo*
Matthew C. Rambo (0079092)
matthew@freeburglaw.com
David A. Freeburg (0071054)
david@freeburglaw.com
Freeburg & Freeburg LLC
6690 Beta Drive, Suite 320
Mayfield Village, Ohio 44143
Telephone: (440)421-9181
*Counsel for Plaintiffs*

## JURY DEMAND

Plaintiffs hereby request a trial by jury as to all claims presented.

*/s/ Matthew C. Rambo*
Matthew C. Rambo (0079092)

**Service Experts**
HEATING, AIR CONDITIONING & PLUMBING

**440.232.2600**
Toll-free 855-816-8616
**SERVICE EXPERTS**
**ADVANTAGE PROGRAM AGREEMENT**

ServiceExpertsCleveland.com
25975 Emery Road, Suite E
Warrensville Heights, OH 44128
Ohio License #: 26572

Sales Representative: ____

Sales Rep. Telephone Number: ____

Credit Approval Number: ____

Equipment Type: ☐ Heating  ☐ Air Conditioning  ☐ Other (specify) ____

Customer Billing Email Address:  ☐ Opt Out of Chill

| | Mr. Mrs. Ms. | First Name: | | Middle Name: | | Last Name or Corporate Name: |
|---|---|---|---|---|---|---|
| Lessee and Home Owner | | | | | | |
| Spouse or Co-Home Owner | Mr. Mrs. Ms. | First Name: | | Middle Name: | | Last Name or Corporate Name: |

| Installation Address: Number, Street Name, Unit Number | | City: | | State: | Zip Code: | Tel/Fax Number: |
|---|---|---|---|---|---|---|
| Mailing Address: (if different than installation address) Number, Street Name, Unit Number | | City: | | State: | Zip Code: | Tel/Fax Number: |

Equipment Replace:  ☐ Gas  ☐ Oil  ☐ Electric  ☐ N/A

Total Installed Cost (excl. taxes):

Preferred delivery and installation date (Delivery and installation on specified date if possible):

| | Equipment | Quantity | Manufacturer | Model Number | Monthly Lease Rate($) (excl. taxes) |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

## FEDERAL CONSUMER LEASING ACT DISCLOSURES

**Lessor: SERVICE EXPERTS**

Lessee and Home Owner(s): ____

Lessee and Home Owner(s) Mailing Address: ____

Customer Email Address: ____

Installation Address: ____

Telephone Number: ____

A. Description of Leased Item(s):

**Exhibit A**

**B. Amount Due at Lease Signing or Delivery:**
Total: $ N/A

**C. Monthly Lease Payments:**
(including tax on lease payments)
Your First Monthly Lease Payment of: $ ____ is due date set forth on the Invoice (customer will receive notice of the exact due date at least 15 days in advance of the due date), followed by:
11 payments of $ ____
12 payments of $ ____
12 payments of $ ____
12 payments of $ ____
12 payments of $ ____
12 payments of $ ____
12 payments of $ ____
12 payments of $ ____
12 payments of $ ____
12 payments of $ ____
is due on the date set forth on the Invoice (customer will receive notice of the exact due date at least 15 days in advance of the due date).
The total amount of monthly payments is $ ____

**D. Other Charges:**
(not part of your monthly payment)
Total: $ 0.00

**E. Total of Payments:**
(The amount you will have paid by the end of the lease term): $ ____

**F. Purchase Option at End of Lease Term:** You do not have an option to purchase the leased property at the end of the lease term.

**G. Other Important Terms:** See your Lease for additional information on early termination, purchase options and maintenance responsibilities, warranties, late and default charges, insurance, and any security interest.

**Official Fees and Taxes:** The total amount you will pay for official fees, and taxes over the Terms of this Agreement, whether included with your monthly payments or assessed otherwise: $ ____  Note that the actual total of fees and taxes may be higher or lower depending on the tax rates in effect at the time a fee or tax is assessed.

### Exhibit A State–Specific Addendum: Ohio

**1. NOTICE RELATING TO HOME IMPROVEMENT CONTRACTS:** Because you are leasing the Equipment set forth in this Agreement, it should not be considered a home improvement contract under Ohio law. To the extent that it might nevertheless be so considered, we are providing you with certain information required in connection with such contracts. By providing these notices, Service Experts does not admit that it is required to provide that or that this is a home improvement contract under Ohio law.

**1.1 CONTRACTOR INFORMATION:** Name of Authorized Technician: ____
Address: ____
City: ____  State: ____  Zip: ____
Telephone: ____  License Number: ____

**1.2 RIGHT TO AN ESTIMATE:** Ohio regulations provide, among other things, that prior to the commencement of a "repair or service," contractors must disclose in writing that consumers have a right to an estimate of the expected costs, in writing or orally, and that the consumer may choose to receive "no estimate." The financial terms of this Agreement are disclosed on the first page, in writing, and Service Experts makes no oral estimates nor does Service Experts permit consumers to waive the disclosures made in this Agreement.

**1.3 TIME OF COMPLETION:**  Estimated Start Date: ____  Approximate Completion Date: ____

**1.4 DISCLOSURE OF CANCELLATION RIGHTS:** By signing this Exhibit A, you acknowledge that you were orally informed at the time of signing of your right to cancel.

**I HAVE READ AND UNDERSTAND THIS EXHIBIT A**

Property Home Owner X ____  Date ____  Service Experts: ____  Date ____

Property Co-Home Owner (if needed) ____  Date ____

**I HAVE READ AND UNDERSTAND THIS AGREEMENT, FEDERAL CONSUMER LEASING ACT DISCLOSURE, STATE SPECIFIC ADDENDUM, TERMS AND CONDITIONS PROVIDED ON THIS AGREEMENT AND I ACKNOWLEDGE THAT I HAVE BEEN PRESENTED WITH MULTIPLE OPTIONS INCLUDING AN OPTION TO PURCHASE THE EQUIPMENT:**

| Lessee and Property Home Owner's Name (Print name as it appears on driver's license): | |
|---|---|
| Authorized Property Home Owner Signature: | (If have authority to bind the Owner)  Date: ____ |
| Name and Signature of Property Home Owner's Spouse or Property Co-Home Owner, if needed: | |
| Name as it appears on driver's license | Signature | Date |
| Service Experts RSC Signature: ____ | Date: ____ |

Electronically Filed 01/05/2021 09:31:51 CV 21 942598 / Confirmation Nbr. 2148578 / CLDLJ

© 2019 Service Experts, Service Experts Heating & Air Conditioning, and the Service Experts logo and design are registered trademarks of Service Experts LLC and used under license by SE Canada Inc.

## TERMS AND CONDITIONS

1. **Definitions.** "Equipment" means the item(s) you lease from us, which are described in section A of the Agreement...

2. **Term.** This Agreement will have a term of 120 months (the "Original Term"). This Agreement will continue thereafter for successive one-month terms (each an "Extension Month") unless otherwise terminated as provided herein or by either party during any such Extension Month with at least 30 days' prior written notice.

3. **Our Commitment to You.** In consideration of your commitment to the payment terms provided in this Agreement and your continued compliance with the terms and conditions contained herein, we provide the following...

4. **Customer Obligations and Commitments.** In consideration of receiving and using the Equipment, you agree that...

5. **Ownership of Equipment; Order.** ... THIS IS AN AGREEMENT AND NOT AN OFFER WHEN YOU SIGN AND RETURN IT TO US...

6. **Ease of your Home.** If you are the Owner and you sell or otherwise transfer the Premises, you may be required to inform the buyer or transferee, at or before the effective date of the sale or transfer, of the existence of this Agreement and the leased Equipment installed in the Premises...

7. **Limited Warranty.** This is an Agreement and not a sales contract and we make no representations or warranties... WE MAKE NO WARRANTY, EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE...

8. **Limitation on Liability.** You understand and agree that (i) we will not be liable for any loss, damage, expenses, or injury of any type, arising out of or related to the Agreement or otherwise caused of or contributed to in any way by the Equipment...

9. **Indemnification.** You will indemnify and hold us harmless from any and all claims, losses, expenses, and costs that we may suffer or pay as may be required to pay, including legal expenses, in connection with or arising from this Agreement or the supply, installation, use and/or operation of the Equipment, including any claims of any injury or death to person(s) or damage to the Premises or other property, regardless of the cause, to the fullest extent permitted by law...

10. **Termination and Default.** You may not terminate this Agreement before the end of the Original Term (or Extension Month (as applicable), except as provided in Section 17, below...

11. **Assignment.** We may transfer, assign, encumber or otherwise dispose of all or any part of our interest in this Agreement and/or the Equipment to another party at any time without Notice to you and without your permission...

12. **Validity of Provisions/Severability.** If any provision of this Agreement or the application thereof to any person or circumstance is held to be invalid or unenforceable, such provision shall be severed and the remainder of this Agreement shall continue in full force and effect...

13. **Governing Law.** This Agreement shall be governed by the laws of the State where the property on which the Equipment is installed is located (without giving effect to internal principles of conflict of laws)...

14. **Entire Agreement and Amendments.** You understand that this Agreement, together with any attachments, state-specific addenda, and product addenda, is the entire Agreement between us and constitutes the final expression of your agreement...

15. **Notices.** All notices and other communications required or permitted under this Agreement shall be given by the sending party when made in writing and: (i) delivered by a recognized courier service including signature for delivery; (ii) delivered by registered or certified mail, postage prepaid, with a return receipt requested...

16. **Mandatory Arbitration of Disputes. Any dispute, disagreement or claim between you and Service Experts arising out of or in connection with this Agreement, or the Equipment, which cannot be amicably resolved by the parties shall be submitted to final and binding arbitration in a convenient place to that party...**

17. **Your Termination Option.** You may not terminate this Agreement except as provided below. Should you wish to terminate this Agreement prior to its expiration, at any time during the Original Term or Extension Month you will be subject to an early termination fee...

18. **Security Interest; Protecting Our Rights to the Equipment.** To protect our rights to the Equipment, we may register a lending, security or ownership interest in the Equipment as we deem appropriate, including a notice on title to the Premises...

19. **Your Signature.** By signing this Agreement, you represent that you are both (a) at least eighteen (18) years of age and otherwise legally competent under the laws of the United States and that you have full mental authorization to enter into this Agreement...

20. **Notice of Right to Cancel.** You may cancel this transaction at any time prior to midnight of the third business day after the date of this transaction. Cancellation within the three-day period applies under state law. See the enclosed notice of cancellation form for an explanation of this right.

21. **Title Search.** Service Experts expressly reserves the right, prior to or at any time during the term of the Lease to perform a title search on the Premises. If you have not provided accurate information about the Premises, or the Service Experts will provide an executed Agreement reflecting these changes and your signature thereto on the Premises.

Electronically Filed

| SERVICE EXPERTS ADVANTAGE PROGRAM AGREEMENT - Early Termination Fee Schedule* | | | |
|---|---|---|---|
| Age of Equipment | Early Termination Fee * (% of Total Invoiced cost) | Age of Equipment | Early Termination Fee * (% of Total Invoiced cost) |
| 0 to less than 1 yr. old | 100% | 8 to less than 9 yr. old | 74% |
| 1 or less than 2 yr. old | 96% | 9 to less than 10 yr. old | 68% |
| 2 to less than 3 yr. old | 96% | 10 to less than 11 yr. old | 51% |
| 3 to less than 4 yr. old | 92% | 11 to less than 12 yr. old | 50% |
| 4 to less than 5 yr. old | 89% | 12 to less than 13 yr. old | 43% |
| 5 to less than 6 yr. old | 76% | 13 to less than 14 yr. old | 17% |
| 6 to less than 7 yr. old | 63% | 14 to less than 15 yr. old | 15% |
| 7 to less than 8 yr. old | 70% | 15 years old and onward* | 5% |

* this is applicable in Extension Months only
* The Early Termination Fee for the Equipment is based on the percentage of a original "Total Invoiced Cost" of the Equipment. All applicable taxes will be added to the stated Early Termination Fee.

NBP. 2748879 / CLLCC



# Service Experts
HEATING, AIR CONDITIONING & PLUMBING

**EXPERT GUARANTEED SERVICE**

## CERTIFICATE OF INSTALLATION

☑ Equipment documentation provided to customer
☑ Service stickers placed on all equipment
☑ Explained PLUS™ Maintenance Agreement
☐ Explained comfort system controls and operation

As the installer of your home comfort system, I take great pride in my workmanship and have done my very best to ensure that you will enjoy many years of trouble-free operation. This certificate is your guarantee that the work has been completed in accordance with the agreement terms.

Finally, I would like to thank you for the privilege of installing your equipment, and I assure you that even though the job is complete, we look forward to serving you in the future.

_____     _____
Installer                                           Date

---

ACTION ITEMS/COMMENTS _____

_____

_____

_____

_____

_____

Date of Sale ⎵⎵/⎵⎵/⎵⎵⎵⎵     Date of Delivery ⎵⎵/⎵⎵/⎵⎵⎵⎵

Dealer Number

| 5 | 3 | 4 | 8 | 1 | 2 | | | | | | | | |

○ CASH   ○ VISA   ○ M.C   ○ AMEX
○ DISC   ○ SEI    ○ Check # _____

Print Name _____     Exp. ⎵⎵/⎵⎵⎵⎵

Acct. ⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵     Auth Code ⎵⎵⎵⎵⎵⎵     **Exhibit B**

Credit Plan ⎵⎵⎵ _____     Balance Due $ ⎵⎵⎵⎵⎵.⎵⎵

Electronically Filed 01/05/2021 09:21 / / CV 21 942548 / Confirmation Nbr. 2148578 / CLDLJ

The work performed has been completed to my satisfaction.



_____     _____
Customer Signature                       Date

## THANK YOU!

Branch 162
Ohio License #: 26872
© 2017 Service Experts LLC. Service Experts and the Service Experts Heating & Air Conditioning logo and design are registered or common law trademarks of Service Experts LLC.

**SUMMONS IN A CIVIL ACTION — COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**

CLEVELAND, OHIO 44113

| CASE NO.<br>CV21942548 | D1 CM | SUMMONS NO.<br>43347011 |
| --- | --- | --- |

Rule 4 (B) Ohio

Rules of Civil Procedure

ANTHONY BERRY, ET AL **PLAINTIFF**
**VS**
LOWES HOME CENTERS, LLC, ET AL **DEFENDANT**

## SUMMONS

LOWE'S HOME CENTERS, LLC
1000 LOWE'S BOULEVARD
MOORSEVILLE NC 28117

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

**Said answer is required to be served on:**



*Plaintiff's Attorney*

MATT RAMBO
6690 BETA DRIVE, STE 320

MAYFIELD VILLAGE, OH 44143-0000

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

**Case has been assigned to Judge:**

NANCY MARGARET RUSSO
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



By_____
Deputy

| DATE SENT<br>Jan 5, 2021 |
| --- |



COMPLAINT FILED   01/05/2021

CMSN130

**SUMMONS IN A CIVIL ACTION - COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**

CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV21942548 | D2 CM | 43347012 |

Rule 4 (B) Ohio

Rules of Civil Procedure

ANTHONY BERRY, ET AL **PLAINTIFF**
VS
LOWES HOME CENTERS, LLC, ET AL **DEFENDANT**

**SUMMONS**

CORPORATION SERVICE COMPANY
STATUTORY AGENT
50 WEST BROAD STREET
COLUMBUS OH 43215

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

Said answer is required to be served on:



Plaintiff's Attorney

MATT RAMBO
6690 BETA DRIVE, STE 320

MAYFIELD VILLAGE, OH 44143-0000

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

NANCY MARGARET RUSSO
Do not contact judge. Judge's name is given for attorney's reference only.



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jan 5, 2021 |

By 

Deputy

COMPLAINT FILED    01/05/2021

CMSN130


**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 01/18/2021

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3543 9055 75. Our records indicate that this item was delivered on 01/11/2021 at 12:26 p.m. in COLUMBUS, OH 43215. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

**SUMMONS IN A CIVIL ACTION — COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**

CLEVELAND, OHIO 44113

| CASE NO.<br>CV21942548 | D3 CM | SUMMONS NO.<br>43347013 |
|---|---|---|

Rule 4 (B) Ohio

Rules of Civil
Procedure

| ANTHONY BERRY, ET AL<br>**VS**<br>LOWES HOME CENTERS, LLC, ET AL | **PLAINTIFF**<br><br>**DEFENDANT** |
|---|---|

**SUMMONS**

SERVICE EXPERTS HEATING AND AIR
CONDITIONING LLC
2140 LAKE PARK BOULEVARD
RICHARDSON TX 75080

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Plaintiff's Attorney

MATT RAMBO
6690 BETA DRIVE, STE 320

MAYFIELD VILLAGE, OH 44143-0000

Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

Case has been assigned to Judge:

NANCY MARGARET RUSSO
Do not contact judge. Judge's name is given for
attorney's reference only.



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT<br>Jan 5, 2021 |
|---|

By  _____
Deputy

COMPLAINT FILED   01/05/2021



CMSN130

**SUMMONS IN A CIVIL ACTION — COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**

CLEVELAND, OHIO 44113

| CASE NO. CV21942548 | D4 CM | SUMMONS NO. 43347014 |
|---|---|---|

Rule 4 (B) Ohio

Rules of Civil Procedure

|  | |
|---|---|
| ANTHONY BERRY, ET AL **VS** LOWES HOME CENTERS, LLC, ET AL | **PLAINTIFF** **DEFENDANT** |

## SUMMONS

SERVICE EXPERTS HEATING & AIR
CONDITIONING
25975 EMERY ROAD, SUITE E
WARRENSVILLE HEIGHTS OH 44128

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Plaintiff's Attorney

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

MATT RAMBO
6690 BETA DRIVE, STE 320

MAYFIELD VILLAGE, OH 44143-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

NANCY MARGARET RUSSO
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas





| DATE SENT Jan 5, 2021 |
|---|

By _____
Deputy

COMPLAINT FILED    01/05/2021

CMSN130


**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 01/25/2021

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3543 9056 29. Our records indicate that this item was delivered on 01/21/2021 at 10:42 a.m. in CLEVELAND, OH 44128. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

**SUMMONS IN A CIVIL ACTION - COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**
CLEVELAND, OHIO 44113

| CASE NO.<br>CV21942548 | D4 CM | SUMMONS NO.<br>43347014 |
|---|---|---|

Rule 4 (B) Ohio

Rules of Civil
Procedure

|  |  |
|---|---|
| ANTHONY BERRY, ET AL<br>**VS**<br>LOWES HOME CENTERS, LLC, ET AL | **PLAINTIFF**<br><br>**DEFENDANT** |

## SUMMONS

SERVICE EXPERTS HEATING & AIR
CONDITIONING
25975 EMERY ROAD, SUITE E
WARRENSVILLE HEIGHTS OH 44128

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

Plantiff's Attorney

MATT RAMBO
6690 BETA DRIVE, STE 320

MAYFIELD VILLAGE, OH 44143-0000

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

Case has been assigned to Judge:

NANCY MARGARET RUSSO
Do not contact judge. Judge's name is given for
attorney's reference only.



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT<br>Jan 5, 2021 |
|---|

By_____
Deputy

COMPLAINT FILED    01/05/2021

CMSN130


**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 01/25/2021

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3543 9056 29. Our records indicate that this item was delivered on 01/21/2021 at 10:42 a.m. in CLEVELAND, OH 44128. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**REQUEST FOR SERVICE**
**January 22, 2021 10:15**

By: MATT RAMBO 0079092

Confirmation Nbr. 2162926

ANTHONY BERRY, ET AL                    CV 21 942548

    vs.

LOWES HOME CENTERS, LLC, ET AL        **Judge:** NANCY MARGARET RUSSO

**Pages Filed:** 1



Common Pleas Court of Cuyahoga County, Ohio
**Nailah K. Byrd, Clerk of Courts**

## INSTRUCTIONS FOR SERVICE

Anthony Berrry, et al.
Plaintiff(s)

Case Number CV-21-942548

Judge: Nancy Margaret Russo

Vs.
Lowes Home Centers, LLC, et al.
Defendants(s)

Date: 01/22/2021

Method of Service Requested:

Certified Mail Service ☑ Ordinary Mail Service ☐ Federal Express Service ☐

Personal Service by the Sheriff of _____ County ___

Residence Service by the Sheriff of _____ County ___

Personal Service By Process Server ____

Residence Service by Process Server ____

Civ.R. 4.7 Waiver Requested ____

Name(s) and Address(es) of Parties to Serve:

Service Experts Heating & Air Conditioning LLC

c/o Corporation Service Company

50 West Broad Street, Suite 1330

Columbus, Ohio 43215

Additional Instructions:
Please serve the above named defendant at the address provided via Certified Mail.

Filing Party Name: Matthew Rambo    Supreme Court ID if applicable: 0079092

Phone Number: 440-421-9181

*For Use by Sheriff or Process Server Only*

Number of Service Attempts: ___
Electronically Filed 01/22/2021 10:45 / SERVICE / CV 21 942548 / Confirmation Nbr. 2162926 / CLRCS

Address for Service if Different from address included above: _____



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**REQUEST FOR SERVICE**
**January 22, 2021 10:15**

By: MATT RAMBO 0079092

Confirmation Nbr. 2162926

ANTHONY BERRY, ET AL                    CV 21 942548

      vs.

LOWES HOME CENTERS, LLC, ET AL          **Judge:** NANCY MARGARET RUSSO

**Pages Filed:** 11

## IN THE COURT OF COMMON PLEAS
### CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| ANTHONY AND BARBARA BERRY<br>1001 Selwyn Road<br>Cleveland Heights, Ohio 44112 | ) CASE NO.<br>)<br>) |
| Plaintiff, | ) JUDGE<br>)<br>) |
| v. | ) **COMPLAINT**<br>) |
| LOWE'S HOME CENTERS, LLC<br>1000 Lowe's Boulevard<br>Mooresville, North Carolina 28117 | )<br>) **(WITH JURY DEMAND ENDORSED**<br>) **HEREON)** |
| Also Serve Statutory Agent:<br>Corporation Service Company<br>50 West Broad Street, Suite 1330<br>Columbus, Ohio 43215 | )<br>)<br>)<br>) |
| and | )<br>) |
| SERVICE EXPERTS HEATING AND AIR<br>CONDITIONING LLC<br>2140 Lake Park Boulevard<br>Richardson, Texas 75080 | )<br>)<br>)<br>) |
| Also Serve:<br>Service Experts Heating & Air Conditioning<br>25975 Emery Road, Suite E<br>Warrensville, Heights, Ohio 44128 | )<br>)<br>)<br>) |

1.     Plaintiffs Anthony and Barbara Berry ("Plaintiffs") bring this action for

violations of Ohio's Home Solicitation Sales Act (the "HSSA") and Consumer Sales Practices

Act ("CSPA") against Service Experts Heating & Air Conditioning LLC ("Service Experts")

and Lowe's Home Centers, LLC ("Lowe's") and for fraud in the inducement against Service

Experts arising out of an alleged ten-year lease agreement for a home furnace (the

"Agreement").

## PARTIES, JURISDICTION AND VENUE

2.      Plaintiffs Anthony and Barbara Berry are married individuals in their seventies residing at 1001 Selwyn Road, Cleveland Heights, Ohio in Cuyahoga County.

3.      Lowe's Home Centers, LLC is a foreign corporation headquartered in Mooresville, North Carolina that operates home improvement retail stores around the country, including in Cuyahoga County, Ohio.

4.      Service Experts Heating & Air Conditioning LLC is a foreign corporation headquartered in Richardson, Texas that operates HVAC installation and repair shops around the country, including in Cuyahoga County, Ohio.

5.      Jurisdiction and venue are proper in this court because Plaintiffs reside in Cuyahoga County, Ohio and both Lowe's and Service Experts conducted the activity that gives rise to Plaintiffs' claims for relief in Cuyahoga County, Ohio.

## STATEMENT OF FACTS

6.      In late December 2019, Plaintiffs began to have issues with the furnace in their home at 1001 Selwyn Road, Cleveland Heights, Ohio.

7.      On or about December 28, 2019, Plaintiffs visited the Lowe's Home Improvement store located at 24500 Miles Road, Bedford Heights, Ohio to inquire about repair services for their furnace.  Plaintiffs had prior dealings with the service department at this particular Lowe's store.  Plaintiffs and the employees of the Lowe's arranged for a technician to report to Plaintiff's home to inspect their furnace and advise them as to needed repairs.  Plaintiffs were not advised as to who would be visiting their home.

8.      On January 3, 2020, an employee from Service Experts reported to Plaintiffs'
home and inspected the furnace.  The Service Experts employee informed Plaintiffs that they
needed a new blower motor for their furnace and that to repair and install the new motor
would cost approximately $900.

9.      Plaintiff Anthony Berry responded to the Service Experts employee that he
"might as well buy a new one" if the repair was going to be that expensive.  The employee
informed Plaintiffs that Service Experts would be happy to sell them a new furnace and
presented them with three different models to review: "low, medium, and high" priced
options.

10.     After reviewing their options, Plaintiffs decided to purchase the "medium"
priced Lennox model SL280UH090V36B furnace.  The Service Experts employee then
retired to his Service Experts vehicle to prepare the purchase contract and arrange for
installation of the furnace.  Plaintiffs were ultimately presented with an Agreement wherein
the purchase price of the furnace they chose was listed as $6,784.  Plaintiffs thought this price
was high but were in a difficult position and needed a furnace, so they agreed to the
installation.  A copy of the Agreement is attached hereto as Exhibit A.

11.     Service Experts completely the installation of the furnace on January 6, 2020.
See Certificate of Installation attached hereto as Exhibit B.

12.     After approximately forty-five (45) days, Plaintiffs had not received a bill or
invoice for the furnace.  Plaintiff Anthony Berry again visited the Miles Road Lowe's store to
inquire about paying for the furnace.  A Lowe's employee said that it would take a little
longer to arrive.

13.     When a bill did arrive from Service Experts, Plaintiffs noticed that it was for only $110.50 and were confused as to why the amount was so low.  They had expected to be billed for the entire price of the furnace.  Upon closer review of the Agreement, Plaintiffs discovered that they had not actually purchased the furnace but had instead been tricked into leasing the furnace for ten years at $110.50 per month.  The total price Plaintiffs would pay for the furnace was $13,260.

14.     Plaintiffs were shocked and outraged.  The lease option, what Service Experts describes as the "Advantage Program," was never explained to Plaintiffs.  Plaintiffs expressly wanted to purchase the furnace, not lease, and would not have agreed to such a ridiculous and costly arrangement.

## CLAIM ONE
### Violations of the Ohio Home Solicitation Sales Act and Ohio Consumer Sales Practices Act by Service Experts

15.     Plaintiff restates and reasserts all of the allegations contained in Paragraphs 1-14 above as if fully rewritten herein.

16.     Plaintiffs are "buyers" as defined by R.C. 1345.21(D).

17.     Service Experts is a "seller" as defined by R.C. 1345.21(C).

18.     Pursuant to R.C. 1345.21(B) "sale" includes a lease for the purposes of R.C. 1345.21 – 1345.28.  The transaction that resulted in Plaintiffs signing an Agreement pertaining the furnace is a "home solicitation sale" as defined by R.C. 1345.21(A).

19.     Pursuant to R.C. 1345.23(B)(1) the Agreement presented to Plaintiffs by Service Experts is required to contain the following statement, in bold-face type and in immediate proximity to Plaintiffs' signature: "You, the buyer, may cancel this transaction at

any time prior to midnight of the third business day after the dates of this transaction, see the attached notice of cancellation for an explanation of this right."

20.    The Agreement presented to Plaintiffs, as shown in <u>Exhibit A</u> does not contain the statement required by R.C. 1345.23(B)(1).

21.    Pursuant to R.C. 1345.21(B)(2) a form captioned "notice of cancellation" is required to be "attached to the contract signed by the buyer and be easily detachable" and contain information and statements regarding cancellation of the contract.

22.    The Agreement presented to Plaintiffs did not contain a "notice of cancellation" as required by R.C. 1345.21(B)(2).

23.    Pursuant to R.C. 1345.21(D)(1), no seller shall "fail to inform each buyer orally, at the time of signing the contract for the goods or service, of the buyer's right to cancel."

24.    Service Experts failed to inform Plaintiffs orally of their right to cancel.

25.    Pursuant to R.C. 1345.28 "failure to comply with sections 1345.21 to 1345.27 of the Revised Code constitutes a deceptive act or practice in connection with a consumer transaction in violation of section 1345.02 of the Revised Code."

26.    Service Experts has failed to comply with R.C. 1345.21(B)(1) and (B)(2).

27    Service Experts failure to comply with R.C. 1345(B)(1) and (B)(2) constitutes a deceptive act or practice pursuant to R.C. 1345.02.

28.    Pursuant to R.C. 1345.03, Service Experts' failure to comply with R.C. 1345(B)(1) and (B)(2) constitute an unconscionable act.

29.     Pursuant to R.C. 1345.09, Plaintiffs are entitled to rescind the Agreement, economic damages and noneconomic damages, and an award of reasonable attorney's fees against Service Experts.

## CLAIM TWO
### Fraud in the Inducement by Service Experts

30.     Plaintiff restates and reasserts all of the allegations contained in Paragraphs 1-29 above as if fully rewritten herein.

31.     Plaintiffs were induced by Service Experts to enter into the Agreement regarding the furnace through fraud and/or misrepresentation.

32.     Service Experts misrepresented the terms and context of the Agreement.

33.     Service Experts misrepresentations regarding the Agreement were material, specifically that Plaintiffs were entering into a contract to purchase a furnace, when in fact it is a contract to lease a furnace.

34.     Plaintiffs relied upon the material misrepresentations made by Service Experts to their detriment.  Specifically, the Plaintiffs were induced to enter into a contract wherein they would ultimately pay nearly double the original price for an already overpriced furnace that they would not even own at the end of the term of the lease.

35.     Plaintiffs are entitled to damages, including punitive damages and attorney's fees as a result of Service Experts' fraudulent inducement to enter into the Agreement.

## CLAIM THREE
### Violations of the Ohio Home Solicitation Sales Act and Ohio Consumer Sales Practices Act by Lowe's

36.     Plaintiffs restate and reassert all the allegations contained in Paragraphs 1-35 above as if fully rewritten herein.

37.     Plaintiffs are "consumers" as defined by R.C. 1345.01.

38.     Lowe's is a "supplier" as defined by R.C. 1345.01.

39.     Plaintiffs entered into the Agreement with Service Experts as a result of Lowe's referring Plaintiffs' business to Service Experts.  For all intents and purposes, Plaintiffs were dealing with both Lowe's and Service Experts.

40.     Service Experts committed violations of the Ohio Home Solicitation Sales Act and the Ohio Consumer Sales Practices Act as set forth above.

41.     Lowe's is liable for violations of the Ohio Consumer Sales Practices Act due to its relationship with Service Experts and Service Experts actions in relation to Plaintiffs.

42.     Pursuant to R.C. 1345.09, Plaintiffs are entitled to economic damages and noneconomic damages and an award of reasonable attorney's fees against Lowe's.

### CLAIM FOUR
### Negligence by Lowe's

43.     Plaintiffs restate and reassert all the allegation in Paragraphs 1-42 above as fully rewritten herein.

44.     Lowe's owed a duty to Plaintiffs to ensure that the contractors it sent to their home had skill and knowledge to properly service their furnace and not violate Ohio's Home Solicitation Sales Act and Consumer Sales Practices Act.

45.     Lowe's breached the duty owed to Plaintiffs by negligently providing a contractor it knew or should have know employed practices that violated Ohio's Home Solicitation Sales Act and Consumer Sales Practices Act.

46.     As a result of Lowe's breach of the duty owed to Plaintiffs, Plaintiffs were damaged.

WHEREFORE, Plaintiff prays for relief as follows:

A. With respect to Claim One, rescission of the Agreement and a judgment against Service Experts in excess of $25,000, plus reasonable attorney's fees.

B. With respect to Claim Two, a judgment against Service Experts in excess of $25,000, plus reasonable attorney's fees.

C. With respect to Claim Three, a judgment against Lowe's in excess of $25,000 plus reasonable attorney's fees.

D. With respect to Claim Four, a judgment against Lowes's in excess of $25,000.

E. Any such other relief that the Court deems just and proper, including the costs of this action.

Respectfully submitted,

*/s/ Matthew C. Rambo*
Matthew C. Rambo (0079092)
matthew@freeburglaw.com
David A. Freeburg (0071054)
david@freeburglaw.com
Freeburg & Freeburg LLC
6690 Beta Drive, Suite 320
Mayfield Village, Ohio 44143
Telephone: (440)421-9181
*Counsel for Plaintiffs*

## JURY DEMAND

Plaintiffs hereby request a trial by jury as to all claims presented.

*/s/ Matthew C. Rambo*
Matthew C. Rambo (0079092)

# Service Experts
### HEATING, AIR CONDITIONING & PLUMBING

## 440.232.2600
Toll-free 855-816-8616
**SERVICE EXPERTS**
**ADVANTAGE PROGRAM AGREEMENT**

ServiceExpertsCleveland.com
25975 Emery Road, Suite E
Warrensville Heights, OH 44128
Ohio License #: 26672

| Sales Representative: | Sales Rep. Telephone Number: | Credit Approval Number: |
|---|---|---|

**Equipment Type:** ☑ Heating   ☐ Air Conditioning   ☐ Other (specify) _____   **Customer Billing Email Address:** ☐ Opt Out of Ebill

| | Mr.  Mrs.  Ms. | First Name: | Middle Name: | Last Name or Corporate Name: |
|---|---|---|---|---|
| **Lessee and Home Owner** | | | | |
| **Spouse or Co-Home Owner** | Mr.  Mrs.  Ms. | First Name: | Middle Name: | Last Name or Corporate Name: |

| Installation Address: Number, Street Name, Unit Number | City: | State: | Zip Code: | Tel/Fax Number: |
|---|---|---|---|---|
| Mailing Address: (if different than installation address) Number, Street Name, Unit Number | City: | State: | Zip Code: | Tel/Fax Number: |

**Equipment Replace:**
☐ Gas   ☐ Oil   ☐ Electric   ☐ N/A

**Total Installed Cost (excl. taxes):**

Preferred delivery and installation date (Delivery and installation on specified date if possible):

| | Equipment | Quantity | Manufacturer | Model Number | Monthly Lease Rate($) (excl. taxes) |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

### FEDERAL CONSUMER LEASING ACT DISCLOSURES
**Lessor: SERVICE EXPERTS**

| Lessee and Home Owner(s): | Lessee and Home Owner(s) Mailing Address: |
|---|---|
| Customer Email Address: | Installation Address: |
| Telephone Number: | |

**A. Description of Leased Item(s):**

**B. Amount Due at Lease Signing or Delivery:**
Total: $ N/A

**Exhibit A**

**C. Monthly Lease Payments:**
(including tax on lease payments)
Your First Monthly Lease Payment of: $ _____ is due date set forth on the invoice (customer will receive notice of the exact date at least 15 days in advance of the due date), followed by:
11 payments of $ _____
12 payments of $ _____
12 payments of $ _____
12 payments of $ _____
12 payments of $ _____
12 payments of $ _____
12 payments of $ _____
12 payments of $ _____
12 payments of $ _____
12 payments of $ _____
is due on the date set forth on the invoice (customer will receive notice of the exact date at least 15 days in advance of the due date).
The total amount of monthly payments is $ _____

**D. Other Charges:**
(not part of your monthly payment)
Total: $ 0.00

**E. Total of Payments:**
(The amount you will have paid by the end of the lease term): $ _____

**F. Purchase Option at End of Lease Term:** You do not have an option to purchase the leased property at the end of the lease term.

**G. Other Important Terms:** See your Lease for additional information on early termination, purchase options and maintenance responsibilities, warranties, late and default charges, insurance, and any security interest.

**Official Fees and Taxes:** The total amount you will pay for official fees, and taxes over the Terms of this Agreement, whether included with your monthly payments or assessed otherwise: $ _____ . Note that the actual total of fees and taxes may be higher or lower depending on the tax rates in effect at the time a fee or tax is assessed.

### Exhibit A State–Specific Addendum: Ohio

**1. NOTICE RELATING TO HOME IMPROVEMENT CONTRACTS:** Because you are leasing the Equipment set forth in this Agreement, it should not be considered a home improvement contract under Ohio law. To the extent that it might nevertheless be so considered, we are providing you with certain information in connection with such contracts. By providing these notices, Service Experts does not admit that it is required to provide them or that this is a home improvement contract under Ohio law.

**1.1 CONTRACTOR INFORMATION:  Name of Authorized Technician:** _____
**Address:** _____
**City:** _____  **State:** _____  **Zip:** _____
**Telephone:** _____  **License Number:** _____

**1.2  RIGHT TO AN ESTIMATE:** Ohio regulations provide, among other things, that, prior to the commencement of a "repair or service," contractors must disclose in writing that consumers have a right to an estimate of the expected costs, in writing or orally, and that the consumer may choose to receive "no estimate." The financial terms of this Agreement are disclosed on the first page, in writing, and Service Experts makes no oral estimates nor does Service Experts permit consumers to waive the disclosures made in this Agreement.

## SERVICE EXPERTS ADVANTAGE PROGRAM AGREEMENT – Early Termination Fee Schedule

| Age of Equipment | Early Termination Fee* | Age of Equipment | Early Termination Fee† |
|---|---|---|---|
| 0 to less than 1 yr. old | 100% | 8 to less than 9 yr. old | 74% |
| 1 to less than 2 yr. old | 98% | 9 to less than 10 yr. old | 69% |
| 2 to less than 3 yr. old | 96% | 10 to less than 11 yr. old† | 61% |
| 3 to less than 4 yr. old | 92% | 11 to less than 12 yr. old† | 53% |
| 4 to less than 5 yr. old | 92% | 12 to less than 13 yr. old† | 43% |
| 5 to less than 6 yr. old | 88% | 13 to less than 14 yr. old† | 41% |
| 6 to less than 7 yr. old | 85% | 14 to less than 15 yr. old† | 31% |
| 7 to less than 8 yr. old | 83% | 15 years old and over† | 5% |
| | 78% | | |



## Service Experts
### HEATING, AIR CONDITIONING & PLUMBING



# CERTIFICATE OF INSTALLATION

☑ Equipment documentation provided to customer     ☑ Explained PLUS™ Maintenance Agreement
☑ Service stickers placed on all equipment         ☑ Explained comfort system controls and operation

As the installer of your home comfort system, I take great pride in my workmanship and have done my very best to ensure that you will enjoy many years of trouble-free operation. This certificate is your guarantee that the work has been completed in accordance with the agreement terms.

Finally, I would like to thank you for the privilege of installing your equipment, and I assure you that even though the job is complete, we look forward to serving you in the future.

_____      1620
Installer                                   Date

ACTION ITEMS/COMMENTS _____

_____

_____

_____

_____

_____

Date of Sale ___/___/___     Date of Delivery ___/___/___

Dealer Number               ○ CASH   ○ VISA   ○ M.C   ○ AMEX

5 3 4 8 1 2               ○ DISC   ○ SEI   ○ Check # _____

Print Name _____     Exp. ___/___

Acct. _____     Auth Code _____     **Exhibit B**

Credit Plan _____ ____     Balance Due $ _____.___

Electronically Filed 01/22/2021 10:15 / SERVICE / CV 21 942548 / Confirmation Nbr. 2162926 / CLRCS

The work performed has been completed to my satisfaction.

_____     _____
Customer Signature                                   Date

# THANK YOU!

Branch 162
Ohio License #: 26672
© 2017 Service Experts LLC. Service Experts and the Service Experts Heating & Air Conditioning logo and design are registered or common law trademarks of Service Experts LLC.

**SUMMONS IN A CIVIL ACTION — COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**
CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV21942548 | D3 CM | 43499392 |

Rule 4 (B) Ohio

Rules of Civil Procedure

| ANTHONY BERRY, ET AL | **PLAINTIFF** |
|---|---|
| **VS** | |
| LOWES HOME CENTERS, LLC, ET AL | **DEFENDANT** |

# SUMMONS

SERVICE EXPERTS HEATING AND AIR
CONDITIONING LLC
C/O CORPORATION SERVICE COMPANY
50 WEST BROAD STREET SUITE 1330
COLUMBUS OH 43215-0000

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Plantiff's Attorney

MATT RAMBO
6690 BETA DRIVE, STE 320

MAYFIELD VILLAGE, OH 44143-0000

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

**Case has been assigned to Judge:**

NANCY MARGARET RUSSO
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas





| DATE SENT | By_____ |
|---|---|
| Jan 22, 2021 | Deputy |

COMPLAINT FILED    01/05/2021

CMSN130